THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
JULIE J. SHEMITZ (No. 224093)
Assistant United States Attorney
Domestic Security and Immigration Crimes Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-5735
     Facsimile: (213) 894-6436

Attorneys for Defendant
United States of America

JS - 3

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR 06-968-PA |
|---|---|---|
| Plaintiff, | ) | ORDER DISMISSING THE INDICTMENT AGAINST DEFENDANT ELKA RUTH GILMORE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |
| v. | ) | |
| ELKA RUTH GILMORE, | ) | |
| Defendant. | ) | |

   Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court hereby grants the government's motion to dismiss the indictment against Elka Ruth Gilmore with prejudice.

   Accordingly, the Court orders that the indictment against Elka Ruth Gilmore is dismissed with prejudice, and further orders that her bond be exonerated.

   IT IS SO ORDERED.

This 10th day of April, 2008.   _____
                                THE HONORABLE PERCY ANDERSON
                                United States District Judge